Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371
Attorneys for Plaintiff
THIRTY THREE THREADS, INC.

**STETINA BRUNDA GARRED & BRUCKER**
**75 ENTERPRISE, SUITE 250**
**ALISO VIEJO, CALIFORNIA 92656**
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation | Case No. 15-cv-2608-H (KSC) |
| Plaintiff | **VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| vs. | |
| ART SABORIO, an individual doing business as PURSABINO; and DOES 1-10, inclusive | |
| Defendants | |

Since Plaintiff, Thirty Three Threads, Inc. has been unable to effectuate service of the Complaint and therefore the Complaint has not yet been served on Defendant Art Saborio doing business as Pursabino, Plaintiff hereby dismisses this action without prejudice against Defendant Art Saborio dba Pursabino pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Case No. 15-cv-2608-H (KSC)                               1

VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)

Dated:  February 16, 2016          STETINA BRUNDA GARRED & BRUCKER

By: /s/Kit M. Stetina
    Kit M. Stetina
    Attorneys for Plaintiff
    THIRTY THREE THREADS INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on February 16, 2016.

By: /s/Kit M. Stetina
   Kit M. Stetina
   Attorney for Plaintiff
   THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No. 15-cv-2608-H (KSC)                    3

VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)