**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ART SABORIO, an individual doing business as PURSABINO,<br><br>Defendant. | CASE NO. 15-cv-2608-H-KSC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiff Thirty Three Threads, Inc. filed this case on November 19, 2015. (Doc. No. 1.) On February 16, 2016, it filed a notice that it is voluntarily dismissing this case without prejudice, as it has been unable to serve Defendant. (Doc. No. 5.) Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In light of Plaintiff's notice, this case is dismissed without prejudice. The Court directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: February 17, 2016

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

15cv2608